Opinion filed July 27, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed July 27, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00412-CV 

                                                    __________

 

                                 RONNIE CARL TAYLOR, Appellant

 

                                                             V.

 

                          GWYNN
ANN (TAYLOR)
RUSSELL, Appellee

 



 

                                         On
Appeal from the 106th District Court

 

                                                         Dawson
 County, Texas

 

                                          Trial
Court Cause No. 05-01-17,131-CV

 



 

                                            M
E M O R A N D U M    O P I N I O N

Ronnie Carl Taylor has filed in this court a
motion to dismiss his appeal.  In his
motion, Taylor
states that the parties have reached a full and final compromise and settlement
of the issues in dispute.  

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

July 27, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.